1  **R. GIBSON PAGTER, JR.**
   California State Bar No. 116450
2  **PAGTER AND PERRY ISAACSON**
   525 N. Cabrillo Park Drive, Suite 104
3  Santa Ana, CA 92701
   Telephone: (714) 541-6072
4  Facsimile:  (714) 541-6897
   Email: gibson@ppilawyers.com

5  Attorneys for Plaintiff, Archangel
   World Investments, Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ARCHANGEL WORLD INVESTMENTS, INC., a Panamanian corporation,<br><br>  Plaintiff,<br>v.<br>GLOBAL SUPPLY SOURCE, INC., et al<br><br>  Defendants. | Case No. 8:11-cv-01923-JVS-JPR<br><br>[PROPOSED] RENEWAL OF JUDGMENT |

Based on the Application for Renewal of the Judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. § 683.110 through 683.320, and for good cause appearing therefor,

Judgment in favor of Plaintiff, ARCHANGEL WORLD INVESTMENTS, INC., and against Defendants, entered on January 22, 2013, is hereby renewed effective as of January 13, 2023 in the amounts as set forth below:

Renewal of money judgment

```
        a. Total Judgment                                        $6,187,500.00
        b. Costs after Judgment                                          $0.00
        c. Subtotal (add a and b)                                $6,187,500.00
        d. Credits after Judgment                                    $3,367.66
        e. Subtotal (subtract d from c)                          $6,184,132.34
        f. Interest after Judgement (rate of .14% per annum)        $86,625.00
```

- 1 -

|   |   |
|---|---|
| g. Fee for filing renewal application | $0.00 |
| h. **Total renewed judgment** (add e and g) | $6,270,757.34 |

Dated: 4/3/2023                          Clerk, by _____
                                                         Deputy